IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 5:12-CR- *12 -CAR* |
| v. : | VIOLATIONS: |
| : | 18 U.S.C. § 287 |
| WILLIE C. GRANT : | 18 U.S.C. § 641 |
| : | 18 U.S.C. § 1028A |

## INDICTMENT

THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Defendant WILLIE C. GRANT resided in Bibb County, Georgia, within the Middle District of Georgia.

2. Defendant WILLIE C. GRANT owned and operated "Grant Income Tax Bookkeeping and Check Cash" from his residence located in Bibb County, Georgia, within the Middle District of Georgia.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States and collecting taxes owed to the Treasury of the United States.

### COUNTS ONE THROUGH TWENTY-THREE
(False, Fictitious or Fraudulent Claims)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

8177390.1

2. On or about the dates listed below, in Bibb County, within the Middle District of Georgia, defendant WILLIE C. GRANT knowingly made and presented to the IRS claims against the United States for payment, which he knew to be false, fictitious, and fraudulent, by preparing and filing false federal income tax returns, IRS Forms 1040, for the individuals whose initials are listed below.

| COUNT | NAME | DATE OF OFFENSE | TAX YEAR | REFUND CLAIMED |
|---|---|---|---|---|
| 1 | M.B. | 11/15/08 | 2007 | $2,923 |
| 2 | M.B. | 1/10/09 | 2008 | $2,957 |
| 3 | J.G. | 8/11/07 | 2005 | $2,651 |
| 4 | J.G. | 8/11/07 | 2006 | $2,782 |
| 5 | J.G. | 1/17/09 | 2008 | $2,897 |
| 6 | R.G. | 11/03/07 | 2005 | $2,707 |
| 7 | R.G. | 11/03/07 | 2006 | $2,781 |
| 8 | R.G. | 1/05/08 | 2007 | $2,907 |
| 9 | R.D.H. | 2/09/09 | 2007 | $2,846 |
| 10 | R.D.H. | 2/14/09 | 2008 | $2,969 |
| 11 | R.H. | 8/25/07 | 2006 | $2,791 |
| 12 | R.H. | 1/26/08 | 2007 | $2,921 |
| 13 | A.J. | 3/17/09 | 2007 | $2,895 |
| 14 | A.J. | 2/08/09 | 2008 | $2,967 |
| 15 | M.R. | 4/07/08 | 2006 | $2,727 |
| 16 | M.R. | 4/08/08 | 2007 | $2,919 |
| 17 | M.R. | 1/24/09 | 2008 | $2,981 |
| 18 | G.R. | 11/15/08 | 2006 | $2,757 |
| 19 | G.R. | 11/15/08 | 2007 | $2,929 |
| 20 | G.R. | 1/17/09 | 2008 | $2,961 |
| 21 | G.S. | 1/26/08 | 2007 | $2,950 |
| 22 | G.S. | 1/24/09 | 2008 | $2,988 |
| 23 | B.W. | 1/19/08 | 2007 | $2,907 |

All in violation of Title 18, United States Code, Section 287.

## COUNT TWENTY-FOUR
(Theft of Government Money, Property, or Records)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about September 24, 2007, at Bibb County, within the Middle District of Georgia, defendant WILLIE C. GRANT did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States, namely, approximately $2,791 in funds administered by the Department of the Treasury in the form of a federal tax refund in the name of "R.H." deposited into Colonial Bank Account Number ******4717, which funds defendant WILLIE C. GRANT was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWENTY-FIVE
(Theft of Government Money, Property, or Records)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about February 26, 2008, at Bibb County, within the Middle District of Georgia, defendant WILLIE C. GRANT did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States, namely, approximately $2,921 in funds administered by the Department of the Treasury in the form of a federal tax refund in the name

8177390.1

of "R.H." deposited into Colonial Bank Account Number ******4717, which funds defendant WILLIE C. GRANT was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

### COUNT TWENTY-SIX
(Theft of Government Money, Property, or Records)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about February 15, 2008, at Bibb County, within the Middle District of Georgia, defendant WILLIE C. GRANT did steal, purloin, and knowingly convert to his own use and the use of another, money of the United States, namely, approximately $1,087 in funds administered by the Department of the Treasury in the form of a federal tax refund in the name of "G.S." deposited into Colonial Bank Account Number ******4717, which funds defendant WILLIE C. GRANT was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

### COUNT TWENTY-SEVEN
(Theft of Government Money, Property, or Records)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about February 13, 2009, at Bibb County, within the Middle District of Georgia, defendant WILLIE C. GRANT did steal, purloin, and knowingly convert to his own use

8177390.1

and the use of another, money of the United States, namely, approximately $1,135 in funds administered by the Department of the Treasury in the form of a federal tax refund in the name of "G.S." deposited into Colonial Bank Account Number ******4717, which funds defendant WILLIE C. GRANT was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

## COUNT TWENTY-EIGHT
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about August 25, 2007, within the Middle District of Georgia, defendant WILLIE C. GRANT did knowingly use a means of identification of another person without lawful authority during and in relation to the offense described above in Count Twenty-Four of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "R.H.," to commit theft of public money in violation of Title 18, United States Code, Section 641, by obtaining a tax refund having a value of approximately $2,791.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(1).

## COUNT TWENTY-NINE
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 26, 2008, within the Middle District of Georgia, defendant WILLIE C. GRANT did knowingly use a means of identification of another person without lawful authority during and in relation to the offense described above in Count Twenty-Five of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "R.H.," to commit theft of public money in violation of Title 18, United States Code, Section 641, by obtaining a tax refund having a value of approximately $2,921.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(1).

## COUNT THIRTY
(Aggravated Identity Theft)

1.      The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2.      On or about January 26, 2008, within the Middle District of Georgia, defendant WILLIE C. GRANT did knowingly use a means of identification of another person without lawful authority during and in relation to the offense described above in Count Twenty-Six of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "G.S.," to commit theft of public money in violation of Title 18, United States Code, Section 641, by obtaining a tax refund having a value of approximately $1,087.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(1).

## COUNT THIRTY-ONE
(Aggravated Identity Theft)

1. The factual allegations contained in Paragraphs 1, 2, and 3 of the General Allegations Section of this Indictment are realleged and incorporated herein as if copied verbatim.

2. On or about January 24, 2009, within the Middle District of Georgia, defendant WILLIE C. GRANT did knowingly use a means of identification of another person without lawful authority during and in relation to the offense described above in Count Twenty-Seven of this Indictment, that is, he knowingly used the name and Social Security number of an actual person, "G.S.," to commit theft of public money in violation of Title 18, United States Code, Section 641, by obtaining a tax refund having a value of approximately $1,135.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(1).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

_____
JUSTIN K. GELFAND
CHARLES M. EDGAR, JR.
TRIAL ATTORNEYS
TAX DIVISION
UNITED STATES DEPARTMENT OF JUSTICE

Filed in open court this _____ day of _____, A.D. 2012.

_____
DEPUTY CLERK

8177390.1